IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL M. COULLIETTE,

      Petitioner,

v.                                          CASE NO. 5:12-cv-355-RS-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

      Respondent.
_____/

## O R D E R

This case is before the Court on Doc. 7, Petitioner's Motion to Amend Current Petition for Writ of Habeas Corpus by Adding an Additional Ground. Petitioner states that he wishes to add a sixth claim of relief to his pending petition under 28 U.S.C. § 2254. Upon due consideration, the Court finds that the motion to amend is due to be granted. However, Petitioner will be required to file a complete First Amended Petition, that includes all six grounds for relief, on the Court's form.

Accordingly, it is **ORDERED**:

1. Petitioner's Motion to Amend Current Petition for Writ of Habeas Corpus by Adding an Additional Ground, Doc. 7, is **GRANTED**.

2. The Clerk shall send Petitioner a blank 28 U.S.C § 2254 petition form for state prisoners.

3. Petitioner must file his original Amended Petition, which shall include all six grounds for relief, together with two identical service copies, **on or before February 12, 2013.**

4. The deadline for Respondent to submit a response to the petition remains **March 3, 2013.**

**DONE AND ORDERED** this 23rd day of January 2013.


*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge