IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL M. COULLIETTE,

    Petitioner,

v.                                         CASE NO. 5:12-cv-355-RS-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This case is before the Court on Doc. 9, Petitioner's First Amended Petition for Writ of Habeas Corpus. The Court previously granted Petitioner leave to amend his petition under 28 U.S.C. § 2254, Doc. 8, and directed Petitioner to file a complete amended petition on the Court's form. Because Petitioner has complied with this order, the Clerk will be directed to serve the amended petition upon Respondent.

Accordingly, it is **ORDERED:**

1)     The Clerk is directed to mail a copy of the First Amended Petition, Doc. 9, to Respondent and the Attorney General of the State of Florida via certified mail, return receipt requested.

2)     The deadline for Respondent to file a response to the petition remains unchanged.

**DONE AND ORDERED** this 20th day of February 2013.

                                          *s/ Gary R. Jones*
                                          GARY R. JONES
                                          United States Magistrate Judge