IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL M. COULLIETTE,

      Petitioner,

v.                                   CASE NO. 5:12-cv-355-MW-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

      Respondent.

_____/

**O R D E R**

This case is before the Court on Respondent's Motion for Extension of Time.

(Doc. 11.)  Respondent seeks a 30-day extension of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1.     Respondent's Motion for Extension of Time, Doc. 11, is **GRANTED**. Respondent shall file a response **on or before April 4, 2013**.

2.     Petitioner shall file his reply, if any, **on or before May 4, 2013**.

**DONE AND ORDERED** this 6th day of March 2013.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge