IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DANIEL COULLIETTE,**

    **Petitioner,**

v.                                                         **CASE NO. 5:12-cv-355-MW/GRJ**

**SECRETARY, DEPARTMENT
OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.25, filed January 16, 2014, and has further considered *de novo* the Objection to Recommendation, ECF No. 26, filed February 7, 2014, by the Petitioner. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Respondent's Motion to Dismiss Amended Petition for Writ of Habeas Corpus, ECF No. 21, is **GRANTED.**

The Clerk shall enter judgment stating, "The Amended Petition for Writ of Habeas Corpus is **DISMISSED.** A certificate of appealability is **DENIED**." The

1

Clerk shall close the file.

**SO ORDERED on February 10, 2014.**

**s/Mark E. Walker**
**United States District Judge**
